[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-11563
_____

D.C. Docket No. 1:14-cv-03249-TWT

HELGA M. GLOCK,

Plaintiff - Appellant,

versus

GASTON GLOCK, SR.,
GLOCK GES.M.B.H.,
GLOCK, INC.,
GLOCK AMERICA S.A.,
GLOCK (H.K.) LTD.,
PETER S. MANOWN, et al.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(March 9, 2018)

Before WILLIAM PRYOR and JULIE CARNES, Circuit Judges, and ANTOON,[*] District Judge.

PER CURIAM:

We affirm the well-reasoned decision of the district court.

---

[*] Honorable John Antoon II, United States District Judge for the Middle District of Florida, sitting by designation.